# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY VAN LUVEN, Derivatively on behalf of IMMUNITYBIO, INC., <br><br>Plaintiff, <br><br>v. <br><br>PATRICK SOON-SHIONG, RICHARD ADCOCK, CHERYL L. COHEN, MICHAEL D. BLASZYK, JOHN OWEN BRENNAN, LINDA MAXWELL, WESLEY CLARK, CHRISTOBEL SELECKY, BARRY J. SIMON, and DAVID C. SACHS, <br><br>Defendants, <br><br>and <br><br>IMMUNITYBIO, INC., <br><br>Nominal Defendant. | Case No.: 3:24-cv-02014-GPC-VET <br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD COUNSEL FOR PLAINTIFFS** <br><br>Judge: Hon. Gonzalo P. Curiel <br>Magistrate Judge: Hon. Valerie E. Torres |

[Additional captions on following page]

| | |
|---|---|
| ANGELO BARBIERI, Derivatively on Behalf of IMMUNITYBIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK SOON-SHIONG, DAVID C. SACHS, RICHARD ADCOCK, CHERYL L. COHEN, MICHAEL D. BLASZYK, LINDA MAXWELL, and CHRISTOBEL SELECKY, <br><br> Defendants, <br><br> and <br><br> IMMUNITYBIO, INC., <br><br> Nominal Defendant. | Case No.: 3:25-cv-00416-GPC-VET <br><br> Judge: Hon. Gonzalo P. Curiel <br> Magistrate Judge: Hon. Valerie E. Torres |
| BONG SHIN, Derivatively on Behalf of IMMUNITYBIO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK SOON-SHIONG, RICHARD ADCOCK, MICHAEL D. BLASZYK, WESLEY CLARK, CHERYL L. COHEN, JOHN OWEN BRENNAN, LINDA MAXWELL, CHRISTOBEL SELECKY, BARRY J. SIMON, and DAVID C. SACHS, <br><br> Defendants, <br><br> and <br><br> IMMUNITYBIO, INC., <br><br> Nominal Defendant. | Case No.: 3:25-cv-00423-GPC-VET <br><br> Judge: Hon. Gonzalo P. Curiel <br> Magistrate Judge: Hon. Valerie E. Torres |

The parties filed a Joint Motion to Consolidate Related Shareholder Derivative Actions and Appoint Lead Counsel on May 2, 2025. ECF No. [ ]. **GOOD CAUSE APPEARING**, that Motion is **GRANTED**. It is **ORDERED** that:

1. The following cases are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:24-cv-02014-GPC-VET (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Van Luven v. Soon-Shiong, et al.* | 3:24-cv-02014-GPC-VET | October 29, 2024 |
| *Barbieri v. Soon-Shiong, et al.* | 3:25-cv-00416-GPC-VET | February 25, 2025 |
| *Shin v. Soon-Shiong, et al.* | 3:25-cv-00423-GPC-VET | February 26, 2025 |

2. Every pleading filed in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE IMMUNITYBIO, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No.: 3:24-cv-02014-GPC-VET |
| This Document Relates to:<br><br>ALL ACTIONS. | |

3. All future documents filed in connection with the Consolidated Action shall be filed under Lead Case No. 3:24-cv-02014-GPC-VET. All documents previously filed and/or served in the above-captioned *Van Luven*, *Barbieri*, and *Shin* actions shall be deemed a part of the record in the Consolidated Action.

4. If another shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases is hereafter filed, removed, reassigned, or transferred to this Court ("Potential Subsequent Related Derivative Action"), Lead Counsel shall call it to the attention of the Court by filing a motion for consolidation with the Consolidated Action.

5. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to the Potential Subsequent Related Derivative Actions and any shareholder derivative actions subsequently consolidated herewith.

6. The Court **APPOINTS** Kuehn Law, PLLC as Lead Counsel in the Consolidated Action.

**IT IS SO ORDERED**.

Dated: May 2, 2025

Hon. Gonzalo P. Curiel
United States District Judge